EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2002

at \_\_ o'clock and \_\_ min. \_\_
WALTER A.Y.H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00088 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 1114, 18 U.S.C § 111) |
| EVAN MATTHEW BLACKWELL, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 11, 1999, in the District of Hawaii, the Defendant, EVAN MATTHEW BLACKWELL, knowingly did forcibly assault, resist, oppose, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is security officer Brian Reyes, who was assisting the GSA Protective Service in providing security for the United States

Federal Building, while engaged in the performance of official duties and in so doing inflicted bodily injury on Brian Reyes.

In violation of Title 18, United States Code, Section 111.

### COUNT 2

The Grand Jury further charges:

On or about April 11, 1999, in the District of Hawaii, defendant EVAN MATTHEW BLACKWELL, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting commerce a firearm, that is, a Smith and Wesson .38 caliber revolver.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: ___3/20/02___, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney