EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 9 2004

at 4 o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

LODGED

NOV 0 5 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00088 DAE |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| EVAN MATTHEW BLACKWELL, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Indictment against Defendant EVAN MATTHEW BLACKWELL pursuant to
the agreement between Defendant and the Government that Defendant
enter a guilty plea to the Information charging him with
interfering with the duties of a federal security officer in

violation of Title 18, United States Code, Sections 111(a)(5) and

1114 in <u>United States of America v. Evan Matthew Blackwell</u>, Cr.

No. 04-00391 DAE.

       The defendant is not in custody on the dismissed charge

listed above.

           DATED:  Honolulu, Hawaii, November 5, 2004

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        EDRIC M. CHING
                        Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing
dismissal.

                        DAVID ALAN EZRA

                        UNITED STATES DISTRICT
                        COURT JUDGE

<u>UNITED STATES vs. EVAN MATTHEW BLACKWELL</u>
Cr. No. 02-00088 DAE
"Order for Dismissal"